AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MARVEL, L. PAIGE | United States Tax Court | 10/26/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge (Active Status) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

UNITED STATES TAX COURT
400 SECOND STREET, N.W.
WASHINGTON, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Partnership #1 |
| 2. | Custodian | 529 Acct #1 |
| 3. | Custodian | 529 Acct. #2 |
| 4. | Trustee | ▮ Irrevocable Trust |
| 5. | Trustee | ▮ Revocable Trust |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARVEL, L. PAIGE | 10/26/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | RBC IRA Distribution | $25,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Baltimore Teacher Network Inc.-Teaching |
| 2. 2011 | Maryland State Pension Plan distribution |
| 3. 2011 | Maryland Teachers and State Employees Supp. Retirement Plan distribution |
| 4. 2011 | Roth IRA distribution |
| 5. 2011 | Fidelity IRA distribution |
| 6. 2011 | TRP Rollover IRA distribution |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Section of Taxation | 12/1/11-12/2/11 | Las Vegas, NV | To give panel presentation | Transportantion, lodging, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARVEL, L. PAIGE | 10/26/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Aspen Publishers | Complimentary copy, Mergers, Acquisitions & Buyouts, and update for prof. use | $600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Washington University in St. Louis | Tuition | K |
| 2. | Emory University | Tuition | K |
| 3. | Washington University in St. Louis | Tuition payment plan | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARVEL, L. PAIGE | 10/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 33% pship. interest, Margarent's Landing Partnership | | None | K | W | | | | | |
| 2. USAA Subscribers Savings Account | B | Distribution | J | T | | | | | |
| 3. USAA Fed. Savings Bank Accts. #1 | | None | J | T | | | | | |
| 4. USAA Fed. Savings Bank Accts. #2 | A | Interest | J | T | | | | | |
| 5. M&T Bank checking acct. | | None | J | T | | | | | |
| 6. Wells Fargo Accts. (formerly Wachovia) | A | Interest | J | T | | | | | |
| 7. T. Rowe Price Acct.: | | | | | | | | | |
| 8. -Growth Stock Fund | A | Dividend | K | T | Sold (part) | 11/28/11 | J | C | |
| 9. -Maryland Bond Fund | A | Dividend | J | T | Buy (add'l) | 11/28/11 | J | | |
| 10. | | | | | Buy (add'l) | 4/26/11 | J | | |
| 11. | | | | | Redeemed (part) | 5/5/11 | J | | |
| 12. RBC (formerly FBW) Brokerage Acct.: | | | | | | | | | |
| 13. -Shares, Aegion Corp. (formerly Instituform Tech. Inc.) | | None | J | T | Open | 10/26/11 | J | | |
| 14. -Shares, AT&T Inc. | A | Dividend | J | T | | | | | |
| 15. -Shares, Advent Claymore Conv. Sec. & Income Fund | A | Dividend | J | T | | | | | |
| 16. -Common, Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 17. -Shares, Covidien Ltd. (renamed Covidian PLC) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARVEL, L. PAIGE | 10/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Common, Exxon Mobil Corp | B | Dividend | L | T | | | | | |
| 19.  -Common, Fresenius Med Care Aktiengesellschaft ADR | | None | J | T | | | | | |
| 20.  -Common, General Electric Co. | B | Dividend | J | T | | | | | |
| 21.  -Common, Heinz H J Co. | A | Dividend | J | T | | | | | |
| 22.  -Common, Instituform Technologies, SA (renamed Aegion) | | None | | | Closed | 10/26/11 | J | | |
| 23.  -Common, Motorola Inc. | | None | | | Distributed | 1/6/11 | J | | |
| 24.  -Common, Motorola Mobility Holdings Inc | | None | J | T | Spinoff (from line 23) | 1/4/11 | J | | |
| 25.  -Common, Motorola Solutions Inc. (successor to Motorola) | | None | J | T | | | | | |
| 26.  -Common, Pfizer Inc. | A | Dividend | J | T | | | | | |
| 27.  -Shares, PNC Financial Services Group, Inc. | A | Dividend | J | T | | | | | |
| 28.  -Shares, TE Connectivity Ltd | | None | J | T | Open | 3/17/11 | J | | |
| 29.  -Shares, Tyco Electronics Ltd. (renamed TE Connectivity) | A | Distribution | | | Closed | 3/17/11 | J | | |
| 30. | A | Dividend | | | | | | | |
| 31.  -Common, Tyco Intl Ltd | A | Dividend | J | T | | | | | |
| 32.  -Shares, UDR Inc. | A | Dividend | K | T | | | | | |
| 33.  -Shares, Verizon Communications | A | Dividend | J | T | | | | | |
| 34.  -Shares, Treasury Cash Trust (U.S. Govt. Money Mkt.) | A | Dividend | J | T | Redeemed (part) | 1/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARVEL, L. PAIGE | 10/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Redeemed (part) | 3/1/11 | J | | |
| 36. | | | | | Redeemed (part) | 3/29/11 | J | | |
| 37. | | | | | Redeemed (part) | 4/25/11 | J | | |
| 38. | | | | | Redeemed (part) | 5/31/11 | J | | |
| 39. | | | | | Redeemed (part) | 7/1/11 | J | | |
| 40. | | | | | Redeemed (part) | 9/2/11 | J | | |
| 41. | | | | | Redeemed (part) | 9/30/11 | J | | |
| 42. | | | | | Redeemed (part) | 11/30/11 | J | | |
| 43. Fidelity Brokerage Rollover IRA: | | | | | | | | | |
| 44. -Fidelity New Markets Income | A | Dividend | K | T | Buy (add'l) | 9/16/11 | J | | |
| 45. | A | Distribution | | | | | | | |
| 46. -Spartan 500 Index | B | Dividend | L | T | Sold (part) | 4/1/11 | J | A | |
| 47. | | | | | Sold (part) | 6/30/11 | J | A | |
| 48. -Fidelity Contrafund | A | Dividend | L | T | Sold (part) | 9/16/11 | J | A | |
| 49. | A | Distribution | | | | | | | |
| 50. -Fidelity Equity-Income | B | Dividend | K | T | Sold (part) | 7/5/11 | J | | |
| 51. -Fidelity GNMA Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARVEL, L. PAIGE | 10/26/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | A | Distribution | | | | | | | |
| 53. -Fidelity Government Income | A | Dividend | J | T | | | | | |
| 54. | A | Distribution | | | | | | | |
| 55. -Fidelity Low-Priced Stock | A | Dividend | L | T | Sold (part) | 3/1/11 | J | D | |
| 56. | C | Distribution | | | | | | | |
| 57. -Fidelity Dividend Growth | | Dividend | K | T | Sold (part) | 4/21/11 | J | A | |
| 58. | | Distribution | | | | | | | |
| 59. -Fidelity Select Biotechnology | A | Distribution | K | T | | | | | |
| 60. -Fairholme Fund | A | Dividend | J | T | | | | | |
| 61. -Oakmark Select I | | None | J | T | | | | | |
| 62. -Loomis Sayles Bond Retail Shares | A | Dividend | J | T | | | | | |
| 63. -Pimco Real Return Class D | A | Dividend | K | T | Buy (add'l) | 12/2/11 | J | | |
| 64. | A | Distribution | | | | | | | |
| 65. -Permanent Portfolio | A | Dividend | J | T | Buy | 4/25/11 | J | | |
| 66. | A | Distribution | | | | | | | |
| 67. -Vanguard Inflation Protected Secs. | B | Dividend | K | T | | | | | |
| 68. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARVEL, L. PAIGE | 10/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Wasatch Ultra Growth | A | Distribution | J | T | | | | | |
| 70. -Wasatch International Growth | | None | J | T | Sold (part) | 12/1/11 | J | A | |
| 71. -Wells Fargo C&B Mid Cap Value Fund CL D | | None | J | T | | | | | |
| 72. -Shares, Seaspan Corp. | A | Dividend | J | T | | | | | |
| 73. -Shares, Berkshire Hathaway Inc. Cl B | | None | K | T | | | | | |
| 74. -CPFL Energia S A Sponsored ADR | A | Dividend | J | T | | | | | |
| 75. -Shares, Dendreon Corp. | | None | J | T | Sold (part) | 11/8/11 | J | | |
| 76. -Shares, EMC Corp. | | None | J | T | | | | | |
| 77. -Shares, First Tr ISE Chindia Index FD | A | Dividend | J | T | | | | | |
| 78. -Shares, Goldman Sachs Group Inc. | A | Dividend | J | T | | | | | |
| 79. -Shares, Greenhaven Continuous Commodity Index Fund | | None | J | T | | | | | |
| 80. -ISHARES INC. MSSCI Bric Index Fund | A | Dividend | J | T | | | | | |
| 81. -ISHARES INC. MSCI Singapore Index FD | A | Dividend | J | T | | | | | |
| 82. -ISHARES INC. MSCI Malaysia Free Index FD | A | Dividend | J | T | | | | | |
| 83. -JPMorgan Chase & Co. Alerian MLP Index ETN | A | Interest | J | T | | | | | |
| 84. -Common, Lundin Mng Corp. | | None | J | T | | | | | |
| 85. -Common, Nabi Biopharmaceuticals | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARVEL, L. PAIGE | 10/26/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Shares, Potash Corp of Sask Inc. | A | Dividend | J | T | | | | | |
| 87. -Shares, Vale S A ADR (formerly Comp.Vale Do Rio) | A | Dividend | J | T | | | | | |
| 88. -Shares, Federal Realty Invst Tr. Sh. Ben. Int. | A | Dividend | J | T | | | | | |
| 89. -Shares, Kimco Realty Corp. | A | Dividend | J | T | | | | | |
| 90. -Fidelity Cash Reserves | A | Dividend | J | T | Buy (add'l) | 6/30/11 | J | | |
| 91. | | | | | Buy (add'l) | 7/5/11 | J | | |
| 92. | | | | | Buy (add'l) | 12/1/11 | J | | |
| 93. | | | | | Sold (part) | 12/2/11 | J | | |
| 94. T.RowePrice Rollover IRA: | | | | | | | | | |
| 95. -T. Rowe Price Capital Appreciation | A | Dividend | K | T | Buy (add'l) | 1/27/11 | J | | |
| 96. -Rowe Price Dividend Growth | | None | | | Sold (part) | 1/27/11 | J | | |
| 97. | | | | | Sold | 1/28/11 | J | | |
| 98. -Rowe Price Emerging Markets Stock | A | Dividend | K | T | | | | | |
| 99. -Rowe Price Equity Income | B | Dividend | L | T | Sold (part) | 9/20/11 | J | | |
| 100. | | | | | Distributed (part) | 4/26/11 | J | | |
| 101. -Rowe Price Equity Index 500 | A | Dividend | K | T | | | | | |
| 102. -Rowe Price Health Sciences | A | Distribution | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Rowe Price International Discovery | A | Dividend | K | T | Distributed (part) | 4/26/11 | J | | |
| 104. | A | Distribution | | | | | | | |
| 105. -Rowe Price Latin America | A | Dividend | K | T | | | | | |
| 106. | B | Distribution | | | | | | | |
| 107. -Rowe Price Mid-Cap Value | A | Dividend | J | T | | | | | |
| 108. | A | Distribution | | | | | | | |
| 109. -Rowe Price New Asia | A | Dividend | K | T | Buy (add'l) | 12/16/11 | J | | |
| 110. | C | Distribution | | | | | | | |
| 111. -Rowe Price Science & Technology | | None | K | T | | | | | |
| 112. -Rowe Price Small-Cap Value | A | Dividend | K | T | | | | | |
| 113. | A | Distribution | | | | | | | |
| 114. - Rowe Price Emerging Markets Bond | B | Dividend | K | T | | | | | |
| 115. | A | Distribution | | | | | | | |
| 116. -Rowe GNMA | A | Dividend | J | T | | | | | |
| 117. | A | Distribution | | | | | | | |
| 118. -Rowe High Yield | A | Dividend | J | T | Buy | 1/28/11 | J | | |
| 119. -Rowe US Treasury Intermediate | A | Dividend | K | T | Buy (add'l) | 9/20/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARVEL, L. PAIGE | 10/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | A | Distribution | | | | | | | |
| 121. Fidelity Traditional IRA Acct.: | | | | | | | | | |
| 122. -Shares, CNOOC Ltd. Sponsored ADR | A | Dividend | J | T | | | | | |
| 123. -Common, Berkshire Hathaway | | None | K | T | | | | | |
| 124. -Shares, Seaspan Corporation | A | Dividend | J | T | | | | | |
| 125. -Common, Vaalco Energy Inc. | | None | J | T | | | | | |
| 126. -Dreyfus Midcap Value Fund | A | Dividend | J | T | Buy (add'l) | 12/16/11 | J | | |
| 127. | B | Distribution | | | | | | | |
| 128. -Gamco Westwood Mighty Mites FD | A | Distribution | J | T | | | | | |
| 129. | A | Distribution | | | | | | | |
| 130. -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 131. RBC (formerly FBW) IRA Acct.: | | | | | | | | | |
| 132. -Ishares Tr Nasdaq Biotech Index Fund | A | Dividend | J | T | | | | | |
| 133. -Powershares QQQ Trust Unit Ser. 1 | A | Dividend | J | T | | | | | |
| 134. -US Govt. Money Market Fund | A | Dividend | J | T | | | | | |
| 135. Wells Fargo IRA: | | | | | | | | | |
| 136. -Large Cap Fund | A | Dividend | | | Merged (with line 138) | 8/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARVEL, L. PAIGE | 10/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | A | Distribution | | | | | | | |
| 138. -Small/Mid Cap Fund - Opportunity | | | J | T | Open | 8/26/11 | J | | |
| 139. MD State Retirement Plan - Sec. 457(b) Acct.: | | | | | | | | | |
| 140. -Shares, Euro Pacific Growth Fund A | | None | K | T | Sold (part) | 4/21/11 | J | A | |
| 141. | | | | | Sold (part) | 10/24/11 | J | A | |
| 142. -Shares, Investment Contract Pool | | None | J | T | Buy (add'l) | 4/21/11 | J | | |
| 143. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 144. -PIMCO Total Return Fund | | None | K | T | | | | | |
| 145. -Vanguard Instl. Index Fund | | None | K | T | | | | | |
| 146. IRA Accts. - American Century: | | | | | | | | | |
| 147. -Equity Income Stock Fund | A | Dividend | J | T | | | | | |
| 148. -Emerging Markets Stock Fund | | None | K | T | | | | | |
| 149. -CGM Focus Fund | | None | J | T | | | | | |
| 150. IRA Acct. - Greenspring Fund, Inc. | A | Dividend | K | T | | | | | |
| 151. | A | Distribution | | | | | | | |
| 152. SEP Acct. - Greenspring Fund, Inc. | A | Dividend | K | T | | | | | |
| 153. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARVEL, L. PAIGE | 10/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. RBC (formerly FBW) Roth IRA: | | | | | | | | | |
| 155. -Common, Cisco Systems Inc. | A | Dividend | J | T | | | | | |
| 156. -Common, First Mariner Bancorp (Y) | | | | | | | | | |
| 157. -Shares, Highmark Group Value Momentum FD-Retail Class A | A | Dividend | J | T | | | | | |
| 158. | A | Distribution | | | | | | | |
| 159. -US Govt Money Market Fund | | Dividend | J | T | | | | | |
| 160. Vanguard Rollover IRA - Convertible Securities | A | Dividend | J | T | Open | 3/7/11 | J | | |
| 161. | A | Distribution | | | | | | | |
| 162. RBC (formerly FBW) Joint Brokerage Acct.: | | | | | | | | | |
| 163. -Common, Apple, Inc. | | None | K | T | | | | | |
| 164. -Common, Walt Disney Co. | | None | J | T | | | | | |
| 165. -US Govt. Money Market Fund | A | Dividend | J | T | | | | | |
| 166. T. Rowe Price Small Cap Value Fund | | None | | | Sold | 4/5/11 | J | A | |
| 167. USAA Investment Acct.: | | | | | | | | | |
| 168. -USAA Money Market Fund | | None | J | T | | | | | |
| 169. -USAA Balanced Strategy Fund | | None | J | T | Buy | 6/27/11 | J | | |
| 170. -USAA Capital Growth Fund | | None | | | Buy | 2/28/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 6/27/11 | J | | |
| 172. -USAA GNMA Fund | A | Dividend | | | Sold | 1/5/11 | J | | |
| 173. -USAA High-Yield Opportunities Fund | A | Dividend | J | T | | | | | |
| 174. -USAA Precious Metals and Minerals Fund | | None | | | Sold | 2/28/11 | J | | |
| 175. -USAA Value Fund | A | Dividend | J | T | Buy | 1/5/11 | J | | |
| 176. | | | | | Redeemed (part) | 10/3/11 | J | | |
| 177. RBC (formerly FBW) IRA/A Acct.: | | | | | | | | | |
| 178. -Shares, Advent Claymore Conv Sec & Income Fund | B | Dividend | J | T | | | | | |
| 179. -Shares, Alps ETF Tr Alerian MLP | | None | K | T | Buy | 12/9/11 | K | | |
| 180. -Common, Amgen Inc. | A | Dividend | J | T | | | | | |
| 181. -Shares, BCE Inc. New | B | Dividend | K | T | | | | | |
| 182. -Shares, Blackrock Global Energy and Resources Trust | B | Dividend | K | T | | | | | |
| 183. -Common, Caterpillar Inc. | A | Dividend | K | T | | | | | |
| 184. -Shares, Vale S A (formerly Companhia Vale Do Rio) | A | Dividend | | | Sold | 5/19/11 | J | D | |
| 185. -Shares, Compass Diversified Trust | B | Distribution | K | T | | | | | |
| 186. -Note, Duke Rlty Ltd. Partnership, Due 5/15/13, 6.250% | A | Interest | J | T | | | | | |
| 187. -Shares, Eaton Vance Tax Advantaged Dividend Income Fund | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARVEL, L. PAIGE | 10/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Shares, Frontier Communications Corp Ser B | B | Dividend | J | T | | | | | |
| 189. -Common, Gasco Energy Inc. | | None | J | T | | | | | |
| 190. -Notes, General Electric Cap Corp., Due 5/13/14, 5.9% | A | Interest | K | T | | | | | |
| 191. -Common, General Electric Co. | A | Dividend | J | T | | | | | |
| 192. -Notes, Govt.Natl.Mtg.Assn., Series 2010-42 Class KD | A | Interest | K | T | | | | | |
| 193. -Common, Intermec Inc. (formerly Unova, Inc.) | | None | J | T | | | | | |
| 194. -Shares, IShares TR S&P Pfd Stk Index Fund | B | Dividend | K | T | | | | | |
| 195. -LP Unit, Kinder Morgan Energy Partners LP | B | Distribution | K | T | | | | | |
| 196. -Note, Lowes Cos. Inc., Due 9/15/17, 6.1% | A | Interest | J | T | | | | | |
| 197. -Notes, MBNA Capital E TOPRA 8.1% B/E | B | Interest | K | T | Redeemed (part) | 11/21/11 | J | | |
| 198. -Shares, MFS Value Fund A | A | Dividend | K | T | | | | | |
| 199. -Common, Microsoft Corp. | A | Dividend | J | T | | | | | |
| 200. -Shares, Munder FDS TR Framlington Healthcare FD CL C | | None | | | Merged (with line 201) | 4/8/11 | J | | |
| 201. -Shares, Munder Growth Opportunities Fund CL C | A | Dividend | J | T | Open | 4/8/11 | J | | |
| 202. | A | Distribution | | | | | | | |
| 203. -Shares, Novartis A G ADR | A | Dividend | J | T | | | | | |
| 204. -Common, Pepsico Incorporated | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Common, Sysco Corporation | A | Dividend | J | T | | | | | |
| 206.  -Shares, Teck Resources Limited Sub Voting CL B | A | Dividend | | | Sold | 2/17/11 | K | D | |
| 207.  -Shares, Vanguard Intl. Equity IND FD FTSE All World | | None | | | Sold | 8/3/11 | J | | |
| 208.  -Shares, Vanguard Intl. Eq. Index FDS Emerg. Markets Fund | A | Dividend | J | T | | | | | |
| 209.  -Shares, Vanguard Sect.Index FDS Information Technology | A | Dividend | K | T | | | | | |
| 210.  -Shares, UIT Van Kampen Select 5 Indus.Portf. 2009-4 | A | Dividend | | | Redeemed | 1/4/11 | J | B | |
| 211.  -Common, Verizon Communications | A | Dividend | J | T | | | | | |
| 212.  -Shares, US Govt. Money Market Fund (RBC) | A | Dividend | L | T | Buy (add'l) | 1/1/11 | J | | |
| 213. | | | | | Buy (add'l) | 1/5/11 | J | | |
| 214. | | | | | Buy (add'l) | 2/24/11 | K | | |
| 215. | | | | | Buy (add'l) | 5/25/11 | J | | |
| 216. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 217. | | | | | Redeemed (part) | 12/22/11 | K | | |
| 218.  RBC (formerly FBW) IRA/B Acct.: | | | | | | | | | |
| 219.  -Barclays Bank PLC 4.5-5.5-7% 5/6/25-100% PPN Due 5/6/25 | A | Interest | J | T | | | | | |
| 220.  -Shares, Blackrock Ecosolutions Investment Trust | B | Dividend | J | T | | | | | |
| 221.  -Common, Bristol Meyers Squibb Co. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARVEL, L. PAIGE | 10/26/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -Common, Callaway Golf Co. | A | Dividend | J | T | | | | | |
| 223.  -Shares, Cohen & Steers Infrastructure Fund Inc. | B | Dividend | K | T | | | | | |
| 224.  -Constellation Energy Group Inc. Jr. Sub Deb Ser A 8.6% | B | Interest | J | T | | | | | |
| 225.  -Common, Eli Lilly & Co. | A | Dividend | J | T | | | | | |
| 226.  -Shares, Gabelli Dividend & Inc Trust | A | Dividend | K | T | | | | | |
| 227.  -Common, General Mills, Inc. | A | Dividend | K | T | | | | | |
| 228.  -Note, Ginnie Mae CMO/Series 2009-123, Due 8/20/39,4.5% | B | Distribution | J | T | | | | | |
| 229. | A | Interest | | | | | | | |
| 230.  -Common, Gladstone Commercial Corporation | B | Dividend | K | T | | | | | |
| 231.  -Bond, Govt.Nat.Mtg.Assm., Series 2009-108, Due 11/20/39 | A | Interest | J | T | | | | | |
| 232.  -ISHARES Trust Dow Jones US Oil Equipment & Servs. Ind.FD | A | Dividend | | | Sold | 9/22/11 | J | | |
| 233.  -Common, Johnson & Johnson | A | Dividend | J | T | | | | | |
| 234.  -Shares, MBNA Capital D PFD TRUPS 8.125% | B | Interest | J | T | | | | | |
| 235.  -Munder FDS TR Framlington Healthcare FD CL A | | None | | | Merged (with line 236) | 4/8/11 | J | | |
| 236.  -Munder Growth Opportunities Fund Class A | A | Distribution | J | T | Open | 4/8/11 | J | | |
| 237.  -Common, Petrohawk Energy Corp. | | None | | | Sold | 7/26/11 | K | D | |
| 238.  -Shares, Provident Energy Ltd (renamed on 1/3/11) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARVEL, L. PAIGE | 10/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Shares, Vanguard World Funds- Vanguard Health Care ETF | A | Dividend | K | T | | | | | |
| 240. -Shares, US Govt. Money Market Fund | A | Dividend | L | T | Buy (add'l) | 8/1/11 | K | | |
| 241. | | | | | Buy (add'l) | 9/28/11 | J | | |
| 242. | | | | | Redeemed (part) | 12/14/11 | K | | |
| 243. Rollover IRA - USAA FSB: | | | | | | | | | |
| 244. -Shares, Money Market Acct. | | None | J | T | | | | | |
| 245. -Shares, USAA Value | A | Dividend | J | T | | | | | |
| 246. -Shares, USAA Precious Metals & Minerals | A | Dividend | J | T | | | | | |
| 247. | A | Distribution | | | | | | | |
| 248. UGMA Acct. No. 1 at RBC (formerly FBW): | | | | | | | | | |
| 249. -Shares, Berkshire Hathaway CL B Inc. | | None | J | T | | | | | |
| 250. -Shares, US Govt. Money Market Fund | A | Dividend | J | T | | | | | |
| 251. UGMA Acct.No. 2 at RBC (formerly FBW): | | | | | | | | | |
| 252. -Shares, Berkshire Hathaway CL B Inc. | | None | J | T | | | | | |
| 253. -Shares, US Govt. Money Market Fund | A | Dividend | J | T | | | | | |
| 254. UGMA Asset - Savings Bonds-EE | A | Interest | J | T | | | | | |
| 255. ▩ B Accts.: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARVEL, L. PAIGE | 10/26/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  USAA FSB Checking Acct. | | None | J | T | | | | | |
| 257.  USAA FSB Savings Acct. | A | Interest | J | T | | | | | |
| 258.  USAA Invest. Acct.- | | | | | | | | | |
| 259.  -USAA Capital Growth Fund | | None | | | Buy (add'l) | 2/7/11 | J | | |
| 260. | | | | | Sold | 6/27/11 | J | | |
| 261.  -USAA GNMA Fund | A | Dividend | | | Sold | 2/7/11 | J | | |
| 262.  -USAA Balanced Strategy Fund | A | Dividend | J | T | Buy | 6/27/11 | J | | |
| 263.  USAA Custod. Acct.- | | | | | | | | | |
| 264.  -USAA GNMA Trust | A | Dividend | | | Sold | 1/5/11 | J | | |
| 265.  -USAA Precious Metals and Minerals Fund | | None | | | Sold | 2/7/11 | J | A | |
| 266.  -USAA Balanced Strategy Fund | | None | | | Buy | 2/7/11 | J | | |
| 267. | | | | | Sold | 8/22/11 | J | | |
| 268.  USAA Roth IRA: | | | | | | | | | |
| 269.  -USAA Total Return Strategy Fund | A | Dividend | J | T | | | | | |
| 270.  ▨ A Accts: | | | | | | | | | |
| 271.  USAA FSB Checking Acct. | | None | J | T | | | | | |
| 272.  USAA FSB Savings Acct. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARVEL, L. PAIGE | 10/26/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. USAA Invest. Acct.- | | | | | | | | | |
| 274. -USAA Balanced Strategy Fund | A | Dividend | J | T | | | | | |
| 275. USAA Roth IRA: | | | | | | | | | |
| 276. -Shares, Balanced Strategy Fund | A | Dividend | J | T | | | | | |
| 277. 529 Acct. No. 3 - College Svgs Plans of MD Balanced Portfolio | | None | J | T | Distributed (part) | 4/5/11 | J | | |
| 278. 529 Acct. No. 4 - College Svgs Plans of MD Balanced Portfolio | | None | J | T | Distributed (part) | 2/8/11 | J | | |
| 279. | | | | | Distributed (part) | 3/11/11 | J | | |
| 280. 529 Acct. No. 5 - Vanguard: | | | | | | | | | |
| 281. -Income | | None | J | T | Buy (add'l) | 7/12/11 | J | | |
| 282. | | | | | Distributed (part) | 8/9/11 | J | | |
| 283. -500 Index | | None | | | Sold (part) | 7/12/11 | J | | |
| 284. | | | | | Distributed | 8/9/11 | J | | |
| 285. - Small-Cap Index | | None | | | Distributed | 8/9/11 | J | | |
| 286. - Total Int. Stk. Index | | None | | | Sold (part) | 7/12/11 | J | | |
| 287. | | | | | Distributed | 8/9/11 | J | | |
| 288. - Value Index | | None | | | Distributed | 8/9/11 | J | | |
| 289. 529 Acct. No. 6 - Vanguard: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARVEL, L. PAIGE | 10/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Income | | None | J | T | Buy (add'l) | 7/12/11 | J | | |
| 291. | | | | | Distributed (part) | 7/28/11 | J | | |
| 292. | | | | | Distributed (part) | 9/8/11 | J | | |
| 293. | | | | | Distributed (part) | 9/28/11 | J | | |
| 294. | | | | | Distributed (part) | 11/3/11 | J | | |
| 295. | | | | | Distributed (part) | 12/22/11 | J | | |
| 296. -500 Index | | None | J | T | Sold (part) | 7/12/11 | J | | |
| 297. -Small Cap Index | | None | J | T | | | | | |
| 298. -Total Int. Stk. Index | | None | J | T | Sold (part) | 7/12/11 | J | | |
| 299. - Value Index | | None | J | T | | | | | |
| 300. ▨ Irrevocable Trust: | | | | | | | | | |
| 301. - Fidelity Inherited (formerly Rollover) IRA: | | | | | Distributed (part) | 12/13/11 | K | | |
| 302. --Shares, Fidelity Asset Manager | A | Dividend | J | T | | | | | |
| 303. | A | Distribution | | | | | | | |
| 304. --Shares, Fidelity Spartan US Bond Index (corrected) | B | Dividend | L | T | | | | | |
| 305. | A | Distribution | | | | | | | |
| 306. --Shares, Fidelity Short Term Bond | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARVEL, L. PAIGE | 10/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. --Shares, Dodge & Cox Income | A | Dividend | J | T | Sold (part) | 12/13/11 | J | A | |
| 308. --Shares, Harbor Capital Appreciation Instl. | | None | | | Sold | 12/13/11 | J | A | |
| 309. --Shares, Invesco Gold & Precious Metals Inv | B | Dividend | L | T | Buy (add'l) | 12/9/11 | J | | |
| 310. | C | Distribution | | | Buy (add'l) | 12/9/11 | J | | |
| 311. --Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 312. -Fidelity Roth IRA: | | | | | | | | | |
| 313. --Shares, Fidelity Govt. Income | A | Dividend | J | T | | | | | |
| 314. | A | Distribution | | | | | | | |
| 315. --Shares, Oakmark Fund I | A | Dividend | J | T | | | | | |
| 316. -BOO Checking Acct. | A | Interest | K | T | | | | | |
| 317. -VAM Promissory Note | | None | L | T | | | | | |
| 318. -Wells Fargo (formerly Wachovia) Money Market Acct. | A | Interest | L | T | | | | | |
| 319. ▓ Revocable Trust:: | | | | | | | | | |
| 320. -Fidelity Roth IRA: | | | | | | | | | |
| 321. --Shares, Fidelity Canada | A | Dividend | J | T | | | | | |
| 322. | A | Distribution | | | | | | | |
| 323. --Shares, Fidelity Contrafund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARVEL, L. PAIGE | 10/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | A | Distribution | | | | | | | |
| 325. --Shares, Fidelity Interm. Govt. Income | A | Distribution | J | T | | | | | |
| 326. | A | Dividend | | | | | | | |
| 327. -Wells Fargo (formerly Wachovia) Money Market | A | Interest | M | T | | | | | |
| 328. -TIC Fidelity Acct.: | | | | | | | | | |
| 329. --Shares, Fidelity Municipal Inc. | A | Distribution | K | T | | | | | |
| 330. | A | Dividend | | | | | | | |
| 331. --Shares, Fidelity Government Income | A | Distribution | J | T | | | | | |
| 332. | A | Dividend | | | | | | | |
| 333. --Shares, Fidelity Intermediate Muni Income | A | Dividend | J | T | | | | | |
| 334. | A | Distribution | | | | | | | |
| 335. --Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 336. -BOO Checking Acct. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

2011 Report, Parts I and VII:

I previously reported that I was a custodian of several accounts belonging to ▮▮▮▮▮▮ . I have eliminated that position on Part I as ▮▮▮▮▮▮▮▮▮▮ over the age of 21 and the former Uniform Gift To Minors Act accounts belong to them. However, because ▮▮▮▮▮▮ still dependents, the accounts are included in Part VII.

2011 Original Report, Part VII, lines 307-317:

Line 307 is the header reflecting an IRA account. The assets and income are listed on lines 308-317. A distribution was made from this account during 2011 and the sales generating the funds for the distribution are listed. Because I am not sure whether and how to show the distribution from the account, I listed the distribution on the header line, line 307.

Original 2011 Report, Part VII, lines 17, 18, 25, 81, 129, 322, 334:

Although the Committee advised me in its Sept. 28, 2012 letter that no correction to these lines was required at this time, I deleted the lines in accordance with the Committee's advice for future filings. I did not understand the reference to page 12, line 126; it appears to be an error so I took no action regarding it.

Original 2011 Report, Part VII, line 128:

This asset was not reportable as its fair market value at the end of 2011 was less than $1,000 and it did not generate income in excess of $200 during 2011. This was true for 2010 as well. I therefore deleted the asset in the amended report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ L. PAIGE MARVEL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544